### In re MARRIAGE OF Deborah Sue GEGG/MACKLIN and James E. Macklin, Jr.

**Deborah Sue Gegg/Macklin, Petitioner/Respondent,**

v.

**James E. Macklin, Jr., Respondent/Appellant.**

#### No. ED 76734.

Missouri Court of Appeals, Eastern District, Division Five.

Jan. 30, 2001.

P. Daniel Billington, Baylard, Billington & Dempsey, P.C., Union, MO, for respondent.

David L. Hoven, Vincent & Hoven, P.C., Union, MO, for appellant.

Before MARY K. HOFF, C.J., CRANE, J. and ROBERT E. CRIST, Sr. J.

*ORDER*

PER CURIAM.

This is an appeal from a decree of dissolution of marriage. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. Murphy v. Carron, 536 S.W.2d 30, 32 (Mo. banc 1976).

No jurisprudential purpose would be served by a written opinion. However, the

parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).